# **EXHIBIT 1**

## **ORGANIZATIONAL CHART**

# Allied Nevada Gold Corp.
# Corporate Structure Chart



[1] Shares of common stock traded on NYSE MKT LLC and on the Toronto Stock Exchange.

Entities are 100% owned unless indicated otherwise. Jurisdiction of formation noted in parentheses.