# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ALLIED NEVADA GOLD CORP. | | |
| **Case Number:** | 15-10503-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 11, 2015 02:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

First Day Motions

**R / M #:**   24 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Voluntary Petitions
- Item 2 - Declaration in Support
- Item 3 - Order entered
- Item 4 - Order entered
- Item 5 - Order entered
- Item 6 - Order entered
- Item 7 - Order entered
- Item 8 - Order entered
- Item 9 - Order entered
- Item 10 - Order entered
- Item 11 - Order entered
- Item 12 - Order due under Certification of Counsel
- Item 13 - Order entered
- Item 14 - Order due under Certification of Counsel