**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Allied Nevada Gold Corp., *et al.*,[1] | ) Case No. 15-10503 (MFW) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |
| | ) **Re: Dkt. No. 11** |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING ORDER
(I) AUTHORIZING THE DEBTORS TO PAY CERTAIN PREPETITION
CLAIMS (A) OF SHIPPERS AND WAREHOUSEMEN, (B) MISCELLANEOUS LIEN
CLAIMANTS, (C) ARISING UNDER BANKRUPTCY CODE SECTION 503(B)(9) AND
(D) INCURRED IN CONNECTION WITH POSTPETITION DELIVERY OF GOODS
AND SERVICES AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On March 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) of Shippers and Warehousemen, (B) of Miscellaneous Lien Claimants, (C) Arising Under Bankruptcy Code Section 503(b)(9) and (D) Incurred in Connection With Postpetition Delivery of Goods and Services and (II) Granting Related Relief* [D.I. 11] (the "Motion").

2. On March 11, 2015, this Court held a hearing on the Motion (the "Interim Hearing"). As set forth on the record at the Interim Hearing, the proposed form of order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Allied Nevada Gold Corp. (7115); Allied Nevada Gold Holdings LLC (7115); Allied VGH Inc. (3601); Allied VNC Inc. (3291); ANG Central LLC (7115); ANG Cortez LLC (7115); ANG Eureka LLC (7115); ANG North LLC (7115); ANG Northeast LLC (7115); ANG Pony LLC (7115); Hasbrouck Production Company LLC (3601); Hycroft Resources & Development, Inc. (1989); Victory Exploration Inc. (8144); and Victory Gold Inc. (8139). The corporate headquarters for each of the above Debtors are located at, and the mailing address for each of the above Debtors, except Hycroft Resources & Development, Inc., is 9790 Gateway Drive, Suite 200, Reno, NV 89521. The mailing address for Hycroft Resources & Development, Inc. is P.O. Box 3030, Winnemucca, NV 89446.

1

approving the Motion ("Interim Order") was revised to bifurcate a granting of interim relief from final relief.

3. Attached hereto as **Exhibit A** is the proposed Interim Order.

4. Attached hereto as **Exhibit B** is a "blackline" of the proposed Interim Order reflecting changes made to the initially proposed form of order.

WHEREFORE, the Debtors respectfully request that the Court enter the Interim Order appended hereto as **Exhibit A** at the earliest convenience of the Court without further notice or hearing.

Wilmington, Delaware
Date: March 10, 2015

**BLANK ROME LLP**

By: */s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Bonnie Glantz Fatell (No. 3809)
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (*pro hac vice* admission pending)
Philip C. Dublin (*pro hac vice* admission pending)
Alexis Freeman (*pro hac vice* admission pending)
Kristine G. Manoukian (No. 5509)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Proposed Co-Counsel to the Debtors and Debtors in Possession*