## **SCHEDULE 3**

NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Allied Nevada Gold Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10503 (MFW)<br><br>Jointly Administered<br><br>Sale Hearing Date: June 18, 2015 at 10:30 a.m. (EDT)<br>Assumption and Assignment/Cure Objection Deadline: May 21, 2015 at 4:00 p.m. (EDT), or if the Stalking Horse Bidder is not the Successful Bidder, the Sale Hearing |

**NOTICE OF (I) CURE AMOUNT WITH RESPECT TO
EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO
BE ASSUMED AND ASSIGNED AND (II) POTENTIAL ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Pursuant to the *Order (I) Authorizing Selling Debtors' Entry Into the Stalking Horse Purchase Agreement for the Sale of the Selling Debtors' Exploration Properties and Related Assets; (II) Approving Bidding Procedures and Bid Protections; (III) Scheduling a Hearing to Consider Approval of the Sale of Assets; (IV) Approving Form and Manner of Notice of Sale; and (V) Granting Related Relief* [Docket No. __] (the "***Bidding Procedures Order***")[2] entered by the United States Bankruptcy Court for the District of Delaware (the "***Court***") on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Allied Nevada Gold Corp. (7115); Allied Nevada Gold Holdings LLC (7115); Allied VGH Inc. (3601); Allied VNC Inc. (3291); ANG Central LLC (7115); ANG Cortez LLC (7115); ANG Eureka LLC (7115); ANG North LLC (7115); ANG Northeast LLC (7115); ANG Pony LLC (7115); Hasbrouck Production Company LLC (3601); Hycroft Resources & Development, Inc. (1989); Victory Exploration Inc. (8144); and Victory Gold Inc. (8139). The corporate headquarters for each of the above Debtors are located at, and the mailing address for each of the above Debtors, except Hycroft Resources & Development, Inc., is 9790 Gateway Drive, Suite 200, Reno, NV 89521. The mailing address for Hycroft Resources & Development, Inc. is P.O. Box 3030, Winnemucca, NV 89446.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures approved as part of the Bidding Procedures Order.

[\_\_\_], 2015, the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") hereby provide notice (this "*Notice*") that they are a party to various executory contracts and unexpired leases set forth on Exhibit 1 attached hereto (each an "*Executory Contract or Unexpired Lease*" and, collectively, the "*Executory Contracts and Unexpired Leases*") and that they intend to seek to assume and assign some or all of such Executory Contracts and Unexpired Leases (each a "*Potentially Assigned Contract or Lease*" and, collectively, the "*Potentially Assigned Contracts and Leases*") to the Successful Bidder in connection with the proposed sale of the Selling Debtors' Exploration Properties and related assets.

2. You have been identified as a party to a Potentially Assigned Contract or Lease. The Potentially Assigned Contract or Lease to which you have been identified as a non-Debtor counterparty is set forth on Exhibit 1 attached hereto. If this Executory Contract or Unexpired Lease is *actually* to be assumed and assigned to the Successful Bidder, a separate notice of such assumption and assignment will be provided to you.

3. Also set forth on Exhibit 1 is the amount that the Debtors' records reflect is owing to cure any and all defaults under the Potentially Assigned Contract or Lease to which you are a party (the "*Cure Amount*") so as to permit the assumption and assignment of such Potentially Assigned Contract or Lease (if ultimately designated for assumption and assignment by the Successful Bidder) pursuant to 11 U.S.C. § 365. As of the date hereof, the Debtors' records reflect that all postpetition amounts owing under the Potentially Assigned Contract or Lease to which you are a party have been paid and will continue to be paid and that there are no other defaults under the Potentially Assigned Contract or Lease. Amounts due and owing under the

Potentially Assigned Contracts and Leases with respect to the period after the Petition Date are not included in the calculation of the Cure Amounts.

4.  Objections, if any, to the Proposed Cure Amount, or to the possible assumption, assignment and/or transfer of any Potentially Assigned Contract or Lease to the Successful Bidder, as applicable ("*Cure/Assignment Objections*"), must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington Delaware 19801, and served so as to be *actually received* on or before May 21, 2015 at 4:00 p.m. (prevailing Eastern Time), or, if the Stalking Horse Bidder is not the Successful Bidder, the Sale Hearing (as applicable, the "*Cure/Assignment Objection Deadline*"). Service should be made by mail to:

| Debtors | Co-Counsel to Debtors |
|---|---|
| Allied Nevada Gold Corp.<br>9790 Gateway Drive, Suite 200<br>Reno, Nevada 89521<br>Attn: Stephen M. Jones | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Attn: Philip C. Dublin and Alexis Freeman<br><br>- and -<br><br>Blank Rome LLP<br>1201 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Attn: Stanley B. Tarr |
| **United States Trustee** | **Co-Counsel to the Stalking Horse Bidder** |
| Office of the United States Trustee<br>for the District of Delaware<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Tiiara N.A. Patton | Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Attn: Jessica C.K. Boelter |
| **Proposed Co-Counsel to the Committee** | **Co-Counsel to the DIP Lenders, DIP Agent and Noteholder Ad Hoc Group** |
| Arent Fox LLP<br>1675 Broadway<br>New York, New York 10019 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038 |

| | |
|---|---|
| Attn: Robert M. Hirsh<br><br>- and -<br><br>Polsinelli PC,<br>222 Delaware Ave., Ste. 1101<br>Wilmington, Delaware 19801<br>Attn: Christopher A. Ward | Attn: Jayme T. Goldstein<br><br>- and –<br><br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Attn: Matthew B. Lunn |
| **Co-Counsel to The Bank of Nova Scotia** | **Counsel to Wells Fargo** |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Attn: Richard Mason<br><br>- and -<br><br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Attn: Derek C. Abbott | Paul Hastings LLP<br>75 East 55th Street<br>New York, New York 10022<br>Attn: Andrew V. Tenzer |

5. Any Cure/Assignment Objection must (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the District of Delaware; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (iv) if challenging a Cure Amount, set forth the prepetition cure amount being claimed by the objecting party with appropriate documentation in support thereof.

6. Cure/Assignment Objections that are timely filed and cannot be resolved by the Debtors and the counterparty to the Potentially Assigned Contract or Lease will be heard at a hearing to be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, on June 18, 2015 at 10:30 a.m. (prevailing Eastern Time) unless the Debtors and the Successful Bidder agree otherwise or the Court orders otherwise.

7. Unless a non-Debtor counterparty to any Potentially Assigned Contract or Lease files a Cure/Assignment Objection by the Cure/Assignment Objection Deadline, such counterparty shall be (i) forever barred from objecting to the Cure Amount and from asserting against the Debtors or the Stalking Horse Bidder (or any other Successful Bidder) any additional cure or other amounts with respect to such Executory Contract or Unexpired Lease in the event that such Executory Contract or Unexpired Lease is ultimately assumed and/or assigned by the Debtors, and the Debtors and the Stalking Horse Bidder (or any other Successful Bidder) shall be entitled to rely solely upon the Cure Amount, and (ii) deemed to have consented to the assumption, assignment and/or transfer of such Executory Contract or Unexpired Lease (including the transfer of any rights and benefits thereunder) to the Stalking Horse Bidder, any other Successful Bidder or any other assignee of the relevant Executory Contract or Unexpired Lease, and shall be forever barred and estopped from asserting or claiming against the Debtors, the Stalking Horse Bidder, any other Successful Bidder, or any other assignee of the relevant Executory Contract or Unexpired Lease that any additional amounts are due or defaults exist, or conditions to assumption, assignment and/or transfer must be satisfied under such Executory Contract or Unexpired Lease, or that any right or benefit under such Executory Contract or Unexpired Lease cannot or will not be available to the Stalking Horse Bidder, any other Successful Bidder, or any other assignee of the relevant Executory Contract or Unexpired Lease.

8. At the Sale Hearing, the Debtors shall present evidence necessary to demonstrate adequate assurance of future performance by the Successful Bidder.

9. The presence of a contract, lease or other agreement on <u>Exhibit 1</u> attached hereto does not constitute an admission that such contract, lease or other agreement is an Executory Contract or Unexpired Lease or that such contract, lease or other agreement will be assumed by

the Debtors and assigned to any Successful Bidder. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts, leases and other agreements listed on Exhibit 1.

10. All documents filed with the Bankruptcy Court in connection with these chapter 11 cases, including orders of the Bankruptcy Court, are available for free on the website of the Court-appointed claims and noticing agent in these cases, Prime Clerk LLC, at https://cases.primeclerk.com/alliednevadagold/, or can be requested by e-mail at anginfo@primeclerk.com.

11. The chart below summarizes key dates with respect to these proposed Sale.

| Deadline/Event | Date |
|---|---|
| Cure Amount/Assignment Objection Deadline | May 21, 2015 at 4:00 p.m. or, if the Stalking Horse Bidder is not the Successful Bidder, the Sale Hearing |
| Sale Objection Deadline | June 11, 2015 or, if the Stalking Horse Bidder is not the Successful Bidder, the Sale Hearing |
| Bid Deadline | June 12, 2015 at 5:00 p.m. (prevailing Eastern Time) |
| Auction | June 16, 2015 at 10:00 a.m. (prevailing Eastern Time) |

12. Any non-Debtor counterparty to any Potentially Assigned Contract or Lease that wishes to receive fax or email notice of the identity of Qualified Bidders or of the Successful Bidder may provide their fax number or email address to Debtors' counsel by emailing the Debtors' counsel as follows: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036 (Attn: Matthew C. Fagen, mfagen@akingump.com and Catherine Eisenhut, ceisenhut@akingump.com).

13. As soon as practicable after the close of the Auction (if any), the Debtors shall serve notice of the identity of the Successful Bidder by fax, email or (if neither is available)

overnight mail to all parties to non-Debtor counterparty to Potentially Assigned Contracts or Leases who request such notice by providing their fax number or email address to Debtors' counsel by emailing the Debtors' counsel as follows: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036 (Attn: Matthew C. Fagen, mfagen@akingump.com and Catherine Eisenhut, ceisenhut@akingump.com).

Wilmington, Delaware
Date: _____, 2015

**BLANK ROME LLP**

By: _____
Stanley B. Tarr (No. 5535)
Bonnie Glantz Fatell (No. 3809)
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Alexis Freeman (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Debtors and
Debtors in Possession*

# Exhibit 1

Potentially Assigned Contracts and Leases