# **SCHEDULE 4**

ASSIGNMENT NOTICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Allied Nevada Gold Corp., *et al.*[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 15-10503 (MFW)<br>)<br>) Jointly Administered<br>) |

### NOTICE OF ASSUMPTION AND ASSIGNMENT
### OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On [\_\_\_\_], 2015, the United States Bankruptcy Court for the District of Delaware (the "***Court***") entered the *Order (I) Authorizing Selling Debtors' Entry Into the Stalking Horse Purchase Agreement for the Sale of the Selling Debtors' Exploration Properties and Related Assets; (II) Approving Bidding Procedures and Bid Protections; (III) Scheduling a Hearing to Consider Approval of the Sale of Assets; (IV) Approving Form and Manner of Notice of Sale; and (V) Granting Related Relief* [Docket No. \_\_] (the "***Bidding Procedures Order***").[2]

2. On [\_\_\_\_], 2015, the Court entered the *Order (A) Approving the Sale of the Selling Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [Docket No. \_\_] (the "***Sale Order***").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Allied Nevada Gold Corp. (7115); Allied Nevada Gold Holdings LLC (7115); Allied VGH Inc. (3601); Allied VNC Inc. (3291); ANG Central LLC (7115); ANG Cortez LLC (7115); ANG Eureka LLC (7115); ANG North LLC (7115); ANG Northeast LLC (7115); ANG Pony LLC (7115); Hasbrouck Production Company LLC (3601); Hycroft Resources & Development, Inc. (1989); Victory Exploration Inc. (8144); and Victory Gold Inc. (8139). The corporate headquarters for each of the above Debtors are located at, and the mailing address for each of the above Debtors, except Hycroft Resources & Development, Inc., is 9790 Gateway Drive, Suite 200, Reno, NV 89521. The mailing address for Hycroft Resources & Development, Inc. is P.O. Box 3030, Winnemucca, NV 89446.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures approved as part of the Bidding Procedures Order.

3. Pursuant to the Sale Order, the Selling Debtors[3] have accepted the bid of [____] (the "**_Successful Bidder_**") for the purchase (the "**_Sale_**") of the Selling Debtors' Exploration Properties and related assets (the "**_Acquired Assets_**"). The terms of the successful bid are set forth in that certain asset purchase agreement, dated as of [____], 2015, among the Debtors and the Successful Bidder.

4. The Bidding Procedures Order, among other things, authorized procedures for the Debtors to assume and assign certain executory contracts and unexpired leases (each an "**_Assigned Contract or Assigned Lease_**" and, collectively, the "**_Assigned Contracts and Assigned Leases_**") to the Successful Bidder. Attached hereto as <u>Exhibit 1</u> is a list of the Assigned Contracts and Assigned Leases that the Debtors will assign to the Successful Bidder in connection with the closing of the Sale and the cure amount, if any, with respect to each Assigned Contract or Assigned Lease.

5. All documents filed with the Bankruptcy Court in connection with these chapter 11 cases, including orders of the Bankruptcy Court, are available for free on the website of the Court-appointed claims and noticing agent in these cases, Prime Clerk LLC, at https://cases.primeclerk.com/alliednevadagold/, or can be requested by e-mail at anginfo@primeclerk.com.

---

[3] The Selling Debtors are Allied Nevada Gold Corp., ANG Eureka LLC, ANG Cortez LLC, ANG Northeast LLC, ANG Pony LLC, ANG Central LLC, Allied Nevada Gold Holdings LLC, ANG North LLC, Allied VNC Inc., Victory Exploration Inc. and Hasbrouck Production Company LLC, each of whom is a Debtor in these cases.

Wilmington, Delaware
Date: _____, 2015

**BLANK ROME LLP**

By: _____
Stanley B. Tarr (No. 5535)
Bonnie Glantz Fatell (No. 3809)
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Alexis Freeman (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit 1**

Assigned Contracts and Assigned Leases