# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Allied Nevada Gold Corp., *et al.*,[1] | ) Case No. 15-10503 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket No. 632, 889 |

## ORDER GRANTING DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)(1) TO EXTEND THE EXCLUSIVE PERIODS TO (I) FILE A CHAPTER 11 PLAN AND (II) SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "*Motion*")[2] of the above-captioned debtors and debtors in possession (collectively, the "*Debtors*"), pursuant to Bankruptcy Code section 1121(d) seeking entry of an order (i) extending the Debtors' Exclusive Filing Period through and including November 5, 2015 and (ii) extending the Debtors' Exclusive Solicitation Period through and including January 4, 2016, all as further described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Allied Nevada Gold Corp. (7115); Allied Nevada Gold Holdings LLC (7115); Allied VGH Inc. (3601); Allied VNC Inc. (3291); ANG Central LLC (7115); ANG Cortez LLC (7115); ANG Eureka LLC (7115); ANG North LLC (7115); ANG Northeast LLC (7115); ANG Pony LLC (7115); Hasbrouck Production Company LLC (3601); Hycroft Resources & Development, Inc. (1989); Victory Exploration Inc. (8144); and Victory Gold Inc. (8139). The corporate headquarters for each of the above Debtors are located at, and the mailing address for each of the above Debtors, except Hycroft Resources & Development, Inc., is 9790 Gateway Drive, Suite 200, Reno, NV 89521. The mailing address for Hycroft Resources & Development, Inc. is P.O. Box 3030, Winnemucca, NV 89446.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

hearing having been held to consider the relief requested in the Motion and any objections filed in response thereto; and upon the record of the hearing and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted as set forth herein.

2. Pursuant to Bankruptcy Code section 1121(d), the Debtors' Exclusive Filing Period pursuant to Bankruptcy Code section 1121(b) is hereby extended through and including November 5, 2015.

3. Pursuant to Bankruptcy Code section 1121(d), the Debtors' Exclusive Solicitation Period pursuant to Bankruptcy Code section 1121(c) is hereby extended through and including January 4, 2016.

4. Notice of the Motion as provided therein shall be deemed good and sufficient and such notice satisfies the requirements of the Local Rules.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. This Order is without prejudice to the rights of the Debtors and their estates to request additional extensions of the Exclusive Filing Period and/or Exclusive Solicitation Period consistent with Bankruptcy Code section 1121.

9. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Wilmington, Delaware
Date: Aug 26, 2015

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE